UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

LISA ROMERO,

                Plaintiff,

vs.

ALCON VISION, LLC,

                Defendant.

NO.

NOTICE OF REMOVAL OF CIVIL ACTION

King County Superior Court
Case No. 22-2-12456-3

Defendant Alcon Vision, LLC ("Defendant") hereby gives notice of the removal of the above-referenced action from the Superior Court of Washington for King County pursuant to 28 U.S.C §§ 1441 to the United States District Court for the Western District of Washington. In support of its Notice of Removal, Defendant states as follows

1. This Court has jurisdiction over this action pursuant to 28 U.S.C § 1332 (diversity of citizenship; amount in controversy and costs).

2. Plaintiff commenced this action in the Superior Court for King County by filing a suit under case number 22-2-12456-3 SEA. True and correct copies of the King County

DEFENDANT ALCON VISION, LLC'S
NOTICE OF REMOVAL OF ACTION - Page 1

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 45009695.2

Superior Court files are attached as Exhibits A-D to the Declaration of Suzanne Kelly Michael ("Michael Decl."), filed herewith.

3.     This lawsuit is a civil action of which this Court has jurisdiction under 28 U.S.C.§ 1332 (diversity of citizenship; amount in controversy and costs). In the Complaint, plaintiff Lisa Romero alleges damages of lost wages, medical pension, retirement benefits, and emotional harm from the Defendant. *See* Complaint ¶ ¶ 4.1-4.10. Plaintiff does not specify the amount of the damages in her complaint, but the Defendant has a good faith belief that she seeks damages in the excess of the $75,000 threshold to invoke this Court's jurisdiction. Michael Decl. ¶ 7. This Court has jurisdiction in cases where the matter in controversy exceeds the value of $75,000, exclusive of interest and costs, and is between citizens of different States. 28 U.S.C. § 1332(1). According to Plaintiff's complaint, the Plaintiff is a resident of the State of Washington, in King County. *See* Complaint ¶ 3.1.

4.     Defendant is a Delaware limited liability company with its principal office in Fort Worth, Texas and is registered in Washington as a foreign limited liability company. Michael Decl. ¶ 8. The two governors of Defendant are residents of Switzerland and the State of Texas. *Id.* and Exhibit E thereto.

5.     This Court would have had jurisdiction over such claims had they been originally filed in this Court, and accordingly, the case is removable to this Court pursuant to 28 U.S.C. § 1441.

6.     In compliance with 28 U.S.C § 1446(b), this Notice of Removal is being filed within 30 days from the date on which a copy of the complaint was received by Defendant, which occurred on or about August 8, 2022.

7.     <u>Intradistrict Assignment</u>. Venue is proper in the Western District of Washington

DEFENDANT ALCON VISION, LLC'S
NOTICE OF REMOVAL OF ACTION - Page 2

at Seattle pursuant to 28 U.S.C. § 1391(a)(2), because a substantial part of the events giving rise to the claim occurred within this judicial district, and this Court is the United States District Court for the district and division within which Case No. 22-2-12456-3 (King County Superior Court) is pending. *See* 28 U.S.C. § 1441(a). Pursuant to LCR 3(d), Plaintiff's claim arose, and a substantial part of the alleged events or omissions that give rise to the claim occurred, in the County of King. Plaintiff alleges that she is a citizen of the State of Washington. Defendant is a limited liability company organized under the laws of the State of Delaware, and its governors are citizens of Switzerland and the State of Texas, as set forth herein and in the exhibits to the accompanying declaration.

8.      This removal petition is timely under 28 U.S.C. § 1446(b). Defendant filed this Notice of Removal within thirty (30) days of receiving a copy of the Complaint setting forth the claims for relief upon which this removal is based.

9.      A Notice to Plaintiff of Removal of Civil Action to Federal Court, the Declaration of Suzanne K. Michael, and a copy of this Notice of Removal will be sent for service on counsel for plaintiff on or about September 6, 2022, the day of this Notice.

10.      A Notice to the Clerk of the Superior Court of Removal to Federal Court will be sent for filing to the King County Superior Court on September 6, 2022, the day of this Notice.

WHEREFORE, Defendant prays that the above-entitled action now pending against it in the Superior Court of Washington for King County be removed to the United States District Court for the Western District of Washington at Seattle.

DEFENDANT ALCON VISION, LLC'S
NOTICE OF REMOVAL OF ACTION - Page 3

DATED this 6th day of September, 2022.

FISHER & PHILLIPS LLP


By s/Suzanne Kelly Michael
    s/Matthew J. Macario
    s/Meghan McNabb
    Suzanne Kelly Michael, WSBA #14072
    Matthew J. Macario, WSBA #26522
    Meghan McNabb, WSBA # 55000
    1700 7th Avenue, Suite 2500
    Seattle, WA 98101
    Telephone: (206) 682-2308
    Email: smichael@fisherphillips.com
    Email: mmacario@fisherphillips.com
    Email: mmcnabb@fisherphillips.com
    *Attorneys for Defendant*

DEFENDANT ALCON VISION, LLC'S
NOTICE OF REMOVAL OF ACTION - Page 4

FP 45009695.2

CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing Notice of Removal on the following counsel of record for Plaintiff:

Robin Williams Phillips, WSBA #17947
James R. Blankenship, WSBA #48218
Lasher Holzapfel Sperry & Ebberson PLLC
601 Union Street, Suite 2600
Seattle, WA 98101-4000
Email: phillips@lasher.com
Email: blankenship@lasher.com
Phone: (206) 624-1230
Fax:    (206) 340-2563
*Attorneys for Plaintiff Lisa Romero*

by the following indicated method or methods:

☒    by causing a full, true, and correct copy thereof to be **emailed** to Plaintiff's attorneys at their last-known email addresses listed above on the date set forth below.

☒    by **mailing** a full, true, and correct copy thereof in sealed, first-class postage-prepaid envelope, addressed to the attorneys as shown above, the last-known office addresses of the attorneys, and deposited with the United States Postal Service at Seattle, Washington, on the date set forth below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 6, 2022, in accordance with 28 USC 1746.

*/s/ Lois Widmer*
Lois Widmer, Legal Secretary

DEFENDANT ALCON VISION, LLC'S
NOTICE OF REMOVAL OF ACTION - Page 5

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 45009695.2